UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:01-CR-39-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ADONIS ROZIER, | ) | |
| Defendant. | ) | |

In light of the allegations contained in defendant's Motion to Discontinue Sentence [DE-84], and in the best interest of the defendant and of the administration of justice, the Clerk of Court is DIRECTED to RE-ASSIGN the above-captioned case to the Honorable Judge Terrence W. Boyle.

SO ORDERED.

This 22nd day of September, 2011.

JAMES C. FOX
Senior United States District Judge